UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                           CASE NO: 6:14-cr-191-Orl-22TBS

NOEL ALVARADO MATHEW

    Defendant.

_____

## ORDER

This case comes before the Court on Defendant Noel Alvarado Mathew's Motion to Appear in Site with Proper Right to Expose and Solicit for the Production of Documents Pursuant to Statute 18 U.S.C. 552 F.O.I.A. (Doc. 68). The Court interprets the motion as a request for documents pursuant to the Freedom of Information Act, 5 U.S.C. § 552.

Defendant seeks copies of: (1) the criminal docket sheet in this case; (2) his plea agreement, plea supplement, and the transcripts of his plea colloquy; (3) his presentence report; (4) a transcript of his sentencing; and (5) the judgment in this case (Id., at 2).

The Government asserts that Defendant's request is procedurally improper (Doc. 70 at 1). Nevertheless, the Government represents that it has sent to Defendant copies of: (1) the criminal docket sheet from PACER; (2) Defendant's plea agreement; (3) the transcript of Defendant's first plea colloquy; (4) the addendum to the plea agreement; (5) the presentence investigation report; and (6) the judgment (Id., at 2). The Government states that it does not have copies of the other documents Defendant has requested (Id.).

Based upon the Court's own review of the docket, it does not appear that the proceeding at which Defendant entered his plea on April 9, 2015, or his sentencing on May 7, 2015 have been transcribed.

It appears that Defendant has or will soon receive copies of all the information he has requested that is currently available. He has not asked that the remaining proceedings be transcribed, he has not offered to pay for transcripts, and he has not shown why the requirement of payment should be waived in his case.

Based upon the foregoing, Defendant's motion is **DENIED as moot**.

**DONE** and **ORDERED** in Orlando, Florida on August 25, 2016.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Noel Alvarado Mathew